458-12423 RAV/lak

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| ARJUN GROVER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.: 1:16-cv-03940 |
| | ) | |
| AL RAYYAN TOURISM INVESTMENT, | ) | |
| COMPANY and RADISSON CHICAGO MP | ) | Judge: Jorge L. Alonso |
| MANAGEMENT, LLC, d/b/a RADISSON | ) | |
| BLU AQUA HOTEL, | ) | Magistrate Judge: Sidney I. Schenkier |
| | ) | |
| Defendants. | ) | |

### AMENDED NOTICE OF MOTION FOR LEAVE TO FILE

TO: Adam Goodman
Goodman Tovrov Hardy & Johnson LLC
105 West Madison
Suite 1500
Chicago, IL 60602

On **April 13 2016**, at **9:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge Jorge L. Alonso,** or any judge sitting in his stead in **Courtroom 1700** in the **Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois**, and shall then and there present **Defendant's Motion For Leave to File Amended Notice of Removal.**

Richard A. Valek – ARDC #6196252
STONE & JOHNSON, CHARTERED
111 West Washington Street
Suite 1800
Chicago, Illinois 60602
(312) 332-5656
rvalek@stonejohnsonlaw.com

### PROOF OF SERVICE

I hereby certify that on April 8, 2016, I electronically filed the foregoing Notice of Motion using CM/ECF SYSTEM which will send notification to all counsel of record

                                                       s:/Richard A. Valek
                                                          Richard A. Valek