

**Thomas G. Bruton**
CLERK

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

312-435-5670

August 19, 2016

Clerk, Attention: Dorothy Brown
Circuit Court of Cook County
Richard J. Daley Center
50 W Washington Street
Chicago, IL  60602

Re: Grover v. Radisson Chicago MP Management
USDC No: 1:16-cv-3940

Circuit Court No: 2016 L 002677

Dear Clerk:

A certified copy of an order entered on 8/04/2016 by the Honorable Sidney I. Schenkier, remanding the above-entitled case back to the Circuit Court of Cook County, Illinois is herewith transmitted to you for your files.

Sincerely yours,

**Thomas G. Bruton, Clerk**

By:     /s/ Brook Gudausky
        Deputy Clerk